

## U.S. Department of Justice

United States Attorney
Eastern District of Missouri

---

*Thomas Eagleton U.S. Courthouse*  OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*  FAX: 314-539-2309
*St. Louis, MO 63102*

September 13, 2021

N. Scott Rosenblum
Rosenblum, Schwartz & Fry, P.C.
120 S. Central Ave., Suite 130
Clayton, MO 63105

Sent via USA File Exchange

      **RE:**    **United States v. David Lee Nelson**
             Cause Number: 4:21 CR 463 RWS / NCC

Dear Mr. Rosenblum:

Please find attached the following, consisting of the PDFs (Nelson_00629 to Nelson_00641) (**please note that there are video recordings of the victims' interviews (and an adult victim) that may be viewed at the USAO**):

    a.    Forensic Interview of N____ ____ (Victim)_Redacted;
    b.    Forensic Interview of T_____ _____ _Redacted;
    c.    Interview of C____ C_____ _Redacted;
    d.    S Bar F Scout Ranch Site Visit (Camp Gamble)_Redacted;
    e.    Forensic Interview of E_____ _____ (Victim)_Redacted;
    f.    Forensic Interview of K____ _____ (Victim)_Redacted;
    g.    Forensic Interview of M_____ _____ (Victim)_Redacted;
    h.    Forensic Interview of M_2____ _____ (Victim)_Redacted;
    i.    Consent to Search 2007 Buick Rainier; and
    j.    E-Mail from Carl ____ _Redacted.

If you have any questions about the attached documents, or wish to view the evidence or the recorded statements, please feel free to contact me.

                                            Very truly yours,

                                            SAYLER A. FLEMING
                                            United States Attorney

                                            *s/ Robert F. Livergood*
                                            ROBERT F. LIVERGOOD
                                            Assistant United States Attorney

cc. Adam Fein, Marc Johnson
Enclosures