

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Thomas Eagleton U.S. Courthouse*  OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*  FAX: 314-539-2309
*St. Louis, MO 63102*

September 16, 2021

N. Scott Rosenblum
Rosenblum, Schwartz & Fry, P.C.
120 S. Central Ave., Suite 130
Clayton, MO 63105

Sent via USA File Exchange

    **RE:**    **United States v. David Lee Nelson**
           Cause Number: 4:21 CR 463 RWS / NCC

Dear Mr. Rosenblum:

Please find attached the following, consisting of the PDFs (Nelson_00642 to Nelson_00753) (**please note that there are video recordings of the victims' interviews (and an adult victim) that may be viewed at the USAO**):

    a.    Photo Log for Camp Gamble 2021-09-01; and
    b.    Photos of Camp Gamble 2021-09-01.

In addition to the PDF document containing the photos of Camp Gamble, I have provided herewith jpeg and RAW versions of the same photographs.

If you have any questions, or wish to view the evidence or the recorded statements, please feel free to contact me.

                          Very truly yours,

                          SAYLER A. FLEMING
                          United States Attorney

                          *s/ Robert F. Livergood*
                          ROBERT F. LIVERGOOD
                          Assistant United States Attorney

cc. Adam Fein, Marc Johnson
Enclosures