

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Thomas Eagleton U.S. Courthouse*  OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*  FAX: 314-539-2309
*St. Louis, MO 63102*

October 8, 2021

N. Scott Rosenblum
Rosenblum, Schwartz & Fry, P.C.
120 S. Central Ave., Suite 130
Clayton, MO 63105

Sent via USA File Exchange

      **RE:**    **United States v. David Lee Nelson**
             Cause Number: 4:21 CR 463 RWS / NCC

Dear Mr. Rosenblum:

      Please find enclosed a FBI 302 that is a synopsis of the victims' forensic interviews, consisting pages Nelson_00754 to Nelson_00755.

      If you have any questions, or wish to view the evidence or the recorded statements, please feel free to contact me.

      Very truly yours,

      SAYLER A. FLEMING
      United States Attorney

      *s/ Robert F. Livergood*
      ROBERT F. LIVERGOOD
      Assistant United States Attorney

cc. Adam Fein, Marc Johnson
Enclosure