IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                          No. S1-4:21-cr-00463-RWS-NCC

DAVID LEE NELSON,

      Defendant.

## MOTION FOR CONTINUED DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and moves the Court to order defendant be detained pending trial as the Grand Jury has returned a superseding indictment for three counts of Sexual Exploitation of Children, 18 U.S.C.2251(a), In furtherance of the request for continued pre-trial detention, the Government asserts:

As and for its grounds, the Government states as follows:

1.      Defendant was previously charged with an offense involving several minor victims, specifically Title 18, United States Code, Section, 2251 (sexual exploitation of children). Three additional victims were identified and are added to the charge. The offense for which a maximum term of imprisonment of ten years or more is prescribed.

2.      Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.      Defendant is a threat to the community. Defendant knowingly employed, used, persuaded, induced, or enticed six (6) minor victims to engage in sexually explicit conduct. He recorded the victims in lascivious displays of their genitals and said sexually explicit conduct was for the purpose of producing visual depictions of such conduct.

WHEREFORE, based on the foregoing reasons, the Government requests this Court to order defendant detained prior to trial.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/ Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, the foregoing was filed electronically under seal with the Clerk of the Court and a copy was sent via electronic mail to the attorney for the defendant.

*/s/ Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney