

## U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Thomas Eagleton U.S. Courthouse*  OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*  FAX: 314-539-2309
*St. Louis, MO 63102*

January 25, 2022

Adam Fein
Rosenblum, Schwartz & Fry, P.C.
120 S. Central Ave., Suite 130
Clayton, MO 63105

Sent via USA File Exchange

    **RE:** **United States v. David Lee Nelson**
      Cause Number: 4:21 CR 463 RWS / NCC

Dear Mr. Fein:

  Please find enclosed the video that you requested that has been redacted to show only client. The file is: 010000[2015].AVI

  If you have any questions, or wish to view the evidence or the recorded statements, please feel free to contact me.

            Very truly yours,

            SAYLER A. FLEMING
            United States Attorney

            *s/ Robert F. Livergood*
            ROBERT F. LIVERGOOD
            Assistant United States Attorney

Enclosure