

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Thomas Eagleton U.S. Courthouse*  OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*    FAX: 314-539-2309
*St. Louis, MO 63102*

January 31, 2022

Adam Fein
Rosenblum, Schwartz & Fry, P.C.
120 S. Central Ave., Suite 130
Clayton, MO 63105

Sent via USA File Exchange

   **RE:** **United States v. David Lee Nelson**
     Cause Number: 4:21 CR 463 RWS / NCC

Dear Mr. Fein:

Please find enclosed the following forensic reports:

1. Examination Report, Samsung GSM, SM-G900A Galaxy S5, 354691060677471.pdf, consisting of pages Nelson_00756 to Nelson_00757;

2. MicroSD 2.log.pdf, consisting of pages Nelson_00758 to Nelson_00759; and

3. MicroSD1.log.pdf, consisting of pages Nelson_00760 to Nelson_00761.

If you have any questions, or wish to view the evidence or the recorded statements, please feel free to contact me.

        Very truly yours,

        SAYLER A. FLEMING
        United States Attorney

        *s/ Robert F. Livergood*
        ROBERT F. LIVERGOOD
Enclosures      Assistant United States Attorney