

## U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Thomas Eagleton U.S. Courthouse*  OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*   FAX: 314-539-2309
*St. Louis, MO 63102*

March 25, 2022

Adam Fein
Rosenblum, Schwartz & Fry, P.C.
120 S. Central Ave., Suite 130
Clayton, MO 63105

Sent via USA File Exchange

      **RE:**    <u>**United States v. David Lee Nelson**</u>
             Cause Number: 4:21 CR 463 RWS / NCC

Dear Mr. Fein:

Please find enclosed the following FBI reports:

1. Investigative Material From St. Francois County Sheriff's Department.pdf, consisting of page Nelson_00766;

2. Photos of Janet Nelson's Notebook.pdf, consisting of page Nelson_00767;

3. Search Warrant Executed - 6970 Singingwood Lane.pdf, consisting of pages Nelson_00768 to Nelson_00769;

4. David Lee Nelsons Boy Scouts of America BSA Records.pdf, consisting of page Nelson_00763;

5. Evidence Photos of Cameras.pdf, consisting of page Nelson_00764;

6. FD-597 Notebook Return.pdf, consisting of page Nelson_00765; and

7. Arrest-Transport of David Lee Nelson.pdf, consisting of page Nelson_00762.

If you have any questions, or wish to view the evidence or the recorded statements, please feel free to contact me.

Very truly yours,

SAYLER A. FLEMING<br>
United States Attorney

*s/ Robert F. Livergood*<br>
ROBERT F. LIVERGOOD<br>
Assistant United States Attorney

Enclosures