

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Thomas Eagleton U.S. Courthouse*   OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*   FAX: 314-539-2309
*St. Louis, MO 63102*

June 30, 2022

Adam Fein
Rosenblum, Schwartz & Fry, P.C.
120 S. Central Ave., Suite 130
Clayton, MO 63105

Sent via USA File Exchange

       **RE:**    **United States v. David Lee Nelson**
              Cause Number: 4:21 CR 463 RWS / NCC

Dear Mr. Fein:

    Please find enclosed "Cell Phone Screenshots.pdf," which is Bates stamped as Nelson_00771 to Nelson_00802.

    If you have any questions, or wish to view the evidence or the recorded statements, please feel free to contact me.

                        Very truly yours,

                        SAYLER A. FLEMING
                        United States Attorney

                        *s/ Robert F. Livergood*
                        ROBERT F. LIVERGOOD
Enclosure                  Assistant United States Attorney