

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Thomas Eagleton U.S. Courthouse*    OFFICE: 314-539-2200
*111 S. 10th Street, Rm. 20.333*    FAX: 314-539-2309
*St. Louis, MO 63102*

July 5, 2022

Adam Fein
Rosenblum, Schwartz & Fry, P.C.
120 S. Central Ave., Suite 130
Clayton, MO 63105

Sent via USA File Exchange

        **RE:**     **United States v. David Lee Nelson**
                 Cause Number: 4:21 CR 463 RWS / NCC

Dear Mr. Fein:

Please find enclosed a folder named "Select videos from SD Cards,," containing the following videos:

1. Under subfolder "[root]{1008}":
    a. 2021-07-23 17 09 35-A[1016].avi;
    b. 2021-07-23 17 12 36-A[1017].avi;
2. Under subfolder "[root][2008]":
    a. 231709[2019].AVI;
    b. 231812[2020].AVI;
    c. 231842[2021].AVI; and
    d. 231845[2022].AVI.

If you have any questions, or wish to view the evidence or the recorded statements, please feel free to contact me.

                                  Very truly yours,

                                  SAYLER A. FLEMING
                                  United States Attorney

                                  *s/ Robert F. Livergood*
                                  ROBERT F. LIVERGOOD
Enclosures                       Assistant United States Attorney