UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:21-cr-463-RWS-NCC-1 |
| | ) |
| DAVID LEE NELSON, | ) |
| | ) |
| Defendant. | ) |

**WAIVER OF FILING PRETRIAL MOTIONS**

COMES NOW Defendant, David Nelson, by and through counsel, and hereby waives his right to file pretrial motions in the above-styled cause. In support of this waiver, Defendant states as follows:

1. Defendant and counsel have received and reviewed all discovery.

2. Defendant and counsel have also discussed the pretrial motions available to Defendant and their relative merit.

3. Based on these discussions, Defendant has determined to waive his right to file pretrial motions, including motions to suppress evidence and statements.

Respectfully submitted,

By:   /s/ Adam Fein

ADAM FEIN, # 52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, MO  63105
(314) 862-4332
afein@rsflawfirm.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 13, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon MR. Robert Livergood and Mr. Matthew Drake, Assistant United States Attorneys.