**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21 CR 463 RWS |
| DAVID NELSON, | ) |
| Defendant. | ) |

**GOVERNMENT'S SUBSTITUTION OF COUNSEL**

COMES NOW, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew Drake, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States, replacing Robert Livergood, Assistant United States Attorney, who withdraws his appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Matthew Drake*
MATTHEW DRAKE, #46499MO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Matthew Drake*
MATTHEW DRAKE, #46499MO
Assistant United States Attorney