UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:21-cr-463-RWS-1 |
| | ) |
| DAVID LEE NELSON, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE SENTENCING**

Defendant David Lee Nelson, by and through counsel, and the United States of America, by and through assistant United States attorney Matthew Drake, move this Court to continue the sentencing scheduled for April 25 to May 2 at 10:00 or 10:30 a.m. In support of this motion, the parties state as follows:

1. Defendant's sentencing is set for April 25.

2. A matter recently arose that will render Assistant United States Attorney Matthew Drake unavailable to attend Defendant's sentencing as scheduled.

3. The parties discussed this matter last Friday and agreed to file the instant motion.

WHEREFORE, the parties respectfully request this Court continue the sentencing set for April 25 to May 2 at 10:00 or 10:30 a.m.

1

Respectfully submitted,

By:    /s/ Adam Fein

Adam Fein, # 52255 MO
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, MO  63105
(314) 862-4332
afein@rsfjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Matthew Drake, assistant United States attorney.

2