UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:21-cr-463-RWS-NCC-1 |
| | ) | |
| DAVID LEE NELSON, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S SENTENCING MEMORANDUM OUT OF TIME**

Defendant David Nelson, by and through counsel, moves this Court for leave to file his sentencing memorandum out of time. In support of this motion, Defendant states as follows:

1.      Defendant's sentencing memorandum was due four days ago.

2.      Trial preparation, pretrial motions, and sentencing memoranda in other cases slowed counsel's progress on Defendant's memorandum.

3.      Defendant's memorandum includes no issues with which this Court is unfamiliar.

4.      Defendant, through counsel, has discussed this matter with Assistant United States Attorney Matthew Drake.

5.      Mr. Drake does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Court grant him leave to file his sentencing memorandum out of time.

1

Respectfully submitted,

By:    */s/ ADAM FEIN*

Adam Fein
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, Missouri 63105
(314) 862-4332
afein@rsfjlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Matthew Deake, Assistant United States Attorney.

2