The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Dear Judge Sippel,


As a first-year scout, I was sexually assaulted in a communal shower at summer camp. The experience left me with a fear of such facilities. I am not sure how, but the experience is surely linked to my offense. I have never committed a crime in the past, and I did not set out to commit the crime for which I stand before you. Of course, this does not excuse my conduct or make matters less traumatic for my victims for whom I have nothing but sorrow and a profound apology. I had no right to invade their privacy so deeply, and I will forever regret both my decision and the consequences it holds for them.

That summer, I worked remotely through the COVID pandemic. I had my laptop case with me everywhere I went. As always, it was filled with a lot of random electronics, including the cameras I planned to use to monitor a new 3D printer. For reasons I still do not understand, I set the cameras up in the bathroom. I normally think things through thoroughly. I am known for it, in fact. But my shameful act of betrayal had substantially no forethought, and, at the time, I completely neglected to take into account the damage I was doing to my victims and myself.

Since my arrest, I have given much thought to how my victims must have felt, and how I would feel in their position. I would be angry that someone invaded my space to record my private activities. I would be fearful that others would see the recording. I would also worry that people I know and respect might see it and change their opinion of me. It would be difficult to make eye contact with people who merely knew of the existence and content of the recording, whether they had seen it or not. It must be terrible when in private to wonder if one is in fact in private. Even when the concern seems irrational, the memory would intrude and make me look around for hidden observers. The search would not really help, though, because even though I might not find one, he or it could still be there. I would not like to be transported back to a time when I was worried about "the thing beneath the bed." But that is very likely how my victims feel in a bathroom. For that and every other bit of pain I have caused them, I am deeply sorry.

I have spent almost three years thinking about how I might make amends to society, even if there is nothing I can do for the individuals that I directly harmed. The best thing that I can think to do is commit myself to helping others. I wish I could say that I came to that conclusion immediately. But the truth is that a significant amount of time was spent in a fog just trying to understand my decisions and survive in an unfamiliar environment. I have spent my time incarcerated so far trying to help others, often in small ways. I have a set of spare toiletries, white clothes, and dishes that I give to new inmates when they arrive. I also keep a small stockpile of over-the-counter medication, which helped a number of people during three COVID outbreaks and a norovirus outbreak. It has helped others with abscessed teeth and in the aftermath of physical altercations. I prepare meals most nights each week and arrange a way for less fortunate inmates to contribute somehow so they can participate without feeling awkward. I also tutor

several people in math, some for their GED. I tutor others in higher math and topics like physics, chemistry, and computer science.

When I get to a prison facility, I want to continue these activities. I would like to take culinary arts classes. More importantly, I would like to get therapy and take courses to better understand myself, how I came to commit my crime, and why I so thoughtlessly injured others. I know that I will never make such choices again. But I want very much to know why I made them in the first place. I want to continue working to improve people's lives. I also want to dedicate time to reconnect with such family as might remain. Like my victims, they too have suffered greatly. Family has always been an important part of my life, and I hope to start my own if that opportunity remains viable. I do not know what the future will look like or what my role in it will be, but I know that I can still do much good, and I ask for the opportunity to try.

My last words are for my victims. I am genuinely sorry for the pain I have caused them, their families, and their loved ones. In recognition of that pain and my wrongs, I will devote myself and my future to helping others and making the world a better place.

Sincerely,

David Nelson