The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Your Honor,

My name is Scott Nelson and I am David Nelson's younger brother.  I am currently an ExxonMobil Product Solutions Company employee.  I manage shutdown maintenance activities for the refinery in Baytown, TX.  My wife, Amanda, and I will have been married for 9 years in July of 2024.  We have two beautiful children, six and three-year-old daughters.

I have, of course, known David for all 38 years of my life.  During the process of drafting this letter I have found that words alone are simply inadequate to express the significance of David's impact on my life.  What he is to me and what he has meant to me; a teacher, a mentor, a confidant, a compatriot, a bulwark, a champion, a brother, a best friend are just words.  David is much more to me than a list of common nouns.  A sentiment no doubt shared by many others who know him.  To me, David is a driving force toward betterment.  A person whose vast knowledge, exemplary behavior and calm demeanor I have always aspired to emulate.  At 13 years of age he stepped up to fill the impossibly large void left by the loss of our dear father, a roll he executed well and, I firmly believe, made dad's spirit proud.  He has contributed immensely, in so many ways, to the success I have enjoyed in my own life.

When I first heard that my brother had been arrested and the charges that had been brought against him, I did not believe it.  I found such conduct to be completely incongruous with the person I know him to be.  Even as my mother and I wrestled with the gravity of the situation, news articles began to emerge about his arrest and the charges against him.  These articles and the public response toward them laid bare the reality of David's situation.  He could no longer be known as the person I know him to be.  Kind and gentle, thoughtful, and intelligent.  The person he truly is.  He could only be known as a man who committed the egregious crimes with which he was charged.  In truth, those charges pertain to less than 1% of his life and far less than 1% of who he is.

As a reasonable person and parent of two young children, I understand how serious these kinds of offenses are and the toll they take on victims.  Cases where illicit material is made public, and the victims are made aware of its existence can be particularly harmful.  As a parent, I would be distressed and angry to know that such an act had been perpetrated against my child.

David is also very aware of the seriousness of his conduct.  In the time since his arrest, he has been filled with grief and remorse.  Throughout our lives, David despised the idea of any kind of harm coming to young people.  I have personally witnessed him physically recoil at any portrayal of the like in popular media.   The knowledge that his actions had the potential to be so harmful to those involved has filled him with a sorrow I have not seen in him before.  Indeed, the intense, internal emotional suffering he now endures will continue for the rest of his life.  Even aside from the emotional and psychological suffering he now endures, everything he worked so hard to achieve both scholastically and professionally has been effectively wiped away.  His life as he knew it is over, his ability to continue to pursue his dreams is irreparably harmed.

David's reverence of the young people in our society is demonstrated by the significant time, effort and money he committed to volunteer work.  For most of my life, my family was heavily involved in the Boy Scouts of America program.  My brother and I are both Eagle Scouts and my mother is a highly decorated Scouter having held several high ranking positions within the Saint Louis Area Council.  David continued his Scouting career training young leaders at week-long camps for many years using what little vacation time he had away from work.  He has mentored and developed countless scouts, enabling their own successful journeys to the Eagle Scout rank.  Many more still who benefitted from his knowledge and mentoring abilities developed into successful and productive young men.  David did not do all that with the intent of eventually committing a crime.  He did it because he loves to see others succeed.  His intentions were always genuine and true to ideals of Scouting and the task laid before him by the Eagle Scout Challenge.  Of this, I am completely certain.  I am also certain that any other young man who benefitted from David's time in the Scouting program would echo my statements.  With some luck, you will have a chance to hear from some of them as well, I hope.

Much can be said about David's impact on the lives of those who know him.  I could write volumes describing his positive qualities and recounting countless examples of his kind disposition and gentle nature.  Instead, I wish to express the depth of the impact his offense and sentence will have and has had on myself and my family.  Between the ages of 8 and 10 I stood beside my brother and watched as our seemingly invincible father waste away by the agency of two aggressive and relentless cancers.  Cancers that manifested due to his exposure to the chemical defoliant Agent Orange during his military service in Korea.  I was young enough to not fully comprehend the death sentence my father had been given, but David was not as young or naïve.  He, second only to our mother, bore the brunt of the fear, grief and anxiety during our father's brave battle.  Even so he and my mother did everything they could to shield me from the onslaught of bad news, failed treatments and grim prognoses.  After our father's death, the strength and unwavering commitment to "carry on" I saw from my brother and Mother kept what was left of us afloat.  It kept us alive. I began to think, as I got older, that perhaps I had lived my worst days.  Perhaps my 10-year-old self, standing in front of a room full of our friends and family with my father, the only real superhero I knew, laid before us in a casket would be the most physically and emotionally painful day of my life.  Perhaps the searing, white-hot ringing in my ears as the report of rifles arose and fell silent in salute over my father's grave would be the worst, most uncertain feeling I would feel.  I was wrong.  The day David was arrested was the beginning of yet another painful period.  The fear, grief, anger and anxiety I have felt for the last 2 years, and 8 months have been even more intense than what I experienced as a child.  I have seen my mother, who endured so much pain and grief at the loss of her beloved husband, shattered into pieces yet again by this awful situation.  Her whole life up ended by the loss not only of her eldest son but also her storied scouting career.  Even a few of those who always claimed to love and support her, abandoned her entirely when the news broke.  Refusing to even speak to her as if she herself had committed a crime.  She has already suffered tremendously and at the age of 75, will perhaps continue to for the remainder of her life.  At this point, she only wishes to live long enough to see her son walk free again.

As for me, I have seen my health decline significantly.  The constant stress and fear over what will happen to my best friend and brother has taken a toll on my body.  At 38 years old I am already fighting liver and heart disease.  Even though we remain steadfast in our commitment to each other, even my wife has suffered in the wake of my own suffering.  Thankfully I have not allowed my children to experience much, if any, of my pain.  My wife and I intend to keep our children from the painful reality

as long as possible knowing that someday, despite our best efforts, they will likely feel it too.  Our oldest daughter only knows that she misses her beloved uncle David and eagerly awaits the next time she gets to build a castle out of Legos or conduct science experiments using common household items with him. Our youngest daughter is too young to remember her uncle David and so she will not benefit from his influence or enjoy the memory of his company.  That is until he is released.  This is basis of my plea for leniency wherever there is space for it.  Not for the benefit of my brother or myself or even my mother. I plea for leniency for the benefit of my own children who are already unable to know their grandfather. I plea for my children to be able to grow into their young adult years knowing and benefitting from their uncle's presence even if he can't be there for the entirety their childhoods.

I know my brother as a remarkable human being.  A human being susceptible, as we all are, to errors of judgment and behavior.  I also know him as someone who truly embodies the principles scouting and the rank of Eagle Scout.  The foremost charge for an Eagle Scout is to live with honor.  But honorable men are not without flaws, even great flaws.  Honorable men take responsibility for their errors of judgment or appeasement of temptation.  They are not defined by these acts but instead use them as thread from which to spin a more virtuous life free of their previous aberrations.  My brother is not defined by the error that put him where he is today.  The honor and virtue he demonstrated throughout his life is proof that he too will use thread of transgression to spin the cloth of an even more virtuous life.

I implore the court to have mercy on my family.  There is no antidote for the suffering we face, but the pain can be eased.  We have found strength and healing in each other before and I ask that we be allowed the same again as soon as is possible within the laws of our great country.

Thank you,


Scott Nelson