The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Dear Judge Sippel,

I am writing to provide a letter of support for David Nelson, a former mentor of mine in Boy Scouts. My name is Dan Altmann, and I am currently a law student. I am not currently married, nor do I currently have children.

I met David many years ago, through our involvement in Boy Scouts. Growing up, David was a positive influence in my life, guiding me with wisdom and patience as I navigated through my formative years. His dedication to the values of Scouting and his commitment to helping young people grow into responsible adults have always been evident.

When I first heard about the offense David is facing, I was shocked beyond words. The disconnect between the allegations and the person I believe David to be is profound. While I understand the seriousness of the offense and the harmful effects it can have on victims, I cannot reconcile these actions with the character of the man I knew during my time in Scouts.

Despite the gravity of the situation, David has shown genuine contrition and remorse, has expressed deep regret for his actions, and is committed to making amends to those affected.

Additionally, David has made significant contributions through volunteer service to many diverse communities. His selfless dedication to helping others has impacted countless lives, including mine. Indeed, memories of David and his mother, Janet, assisting me with merit badges and teaching campfire songs are cherished. As David awaits sentencing, I am deeply concerned about the impact it will have on his family, specifically his mother, Janet.

I have witnessed firsthand the life-changing effects of this offense and the impending sentence on David. It is a stark reminder of the fragility of human nature and the devastating consequences of one's actions.

In closing, I urge you to consider the entirety of David's character and his positive contributions to our community. While he must be held accountable for his actions, I believe that with the appropriate support and guidance, he can emerge from this ordeal as a stronger and more resilient individual.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,
Dan Altmann