The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Your Honor,

My name is Janet Nelson. I am David Nelson's mother. I was a first-grade teacher for 31 years, and I was a substitute teacher for 10 more years. I was also a leader in the Boy Scouts for 38 years and held many positions not only within our troop but within the Greater Saint Louis Area Council as well.

My late husband and I struggled to conceive a child for 9 long years and at the end of that struggle, 41 years ago, David was born. He was a miracle to us. At the age of 45 I became a single mother when my loving husband passed away after a 2-year battle with two different and rare forms of cancer: Multiple Myeloma and Amyloidosis. David was just 13 years old and his younger brother Scott was only 10 years old. David immediately took on the role of "man of the house." All three of us acted as a team, but David was extremely protective of his brother and me.

I was with David when the police came to question him about his cameras. I was confused and shocked when he was asked to talk to them in private. I could not believe that he was being accused of anything bad. Everyone who knew David loved being with him. He was so well respected and even revered by everyone around us. It was just inconceivable that he could have done what he was accused of.

As a very small child, David was a rule follower. I can vividly remember what he said after his first day of kindergarten, remarking: "there are a lot of rules to follow." I don't believe David ever even considered breaking rules as a child. He also expected anyone that was with him to be on honorable behavior. After his arrest, fellow scout leaders that David had worked with for many years told me they were in disbelief. They even told each other that it could not have been our David. After word circulated further, I received calls and emails from adults at council, past troop youth and parents all saying that there had to be some mistake. They even wanted to know what they could do to help. I called his employer to explain David's sudden disappearance from his job and spoke directly to his former boss who was adamant there had to be some mistake. He said, emphatically, that David was the most honorable guy he had ever had the pleasure of working with. He also told me that all of David's coworkers had been concerned about why he just stopped doing his work and that they all wished he would return. He asked me to assure David that, when this all gets cleared up, he wants him to come back. His college roommate and business partner for the last 20 years was also in complete denial that any of this could have happened. It simply does not fit the character of the person that they all know David to be. The person that he truly is.

All his life David constantly wanted to share his skills and knowledge. If he saw an opportunity to help someone, he would jump in with both feet. Since he has been held at the county jail in Saint Genevieve, David has taught math and computer science to other inmates with just paper and pen. He started a yoga class for a group of inmates because it is known to ease depression, something many of them suffer with. He even began walking every night with an inmate that needs to lose weight so he can have a hernia operation. David has been able to teach the inmates how to work with the food from their trays and some commissary supplies to make new foods like pizzas and birthday cakes. Even while incarcerated, David is using his knowledge and ability to share that knowledge to make the lives of those around him better. This is nothing new for him. He has behaved this way for his entire life.

David is extremely remorseful for his conduct and the harm he caused to his victims. He has changed their lives but not for the better. As a parent, I understand that no one wants to know that the privacy of their child has been violated. David constantly apologizes for his actions, ruining the lives of his victims and their families, his own family, and for the disappointment and embarrassment of the people that had so much faith in him.

The whole ordeal has had a profound effect on my own life. I lost my 38-year career as a leader with the Boy Scouts. With that, I lost the friendship of some fellow Scouters who will no longer communicate with me. In no more than a few minutes, nearly four decades of service and contributions to a program that I loved were rendered meaningless. As if forgotten by everyone but me. My health, already not perfect, has declined significantly in the last 2 years and 9 months. I now struggle with so many things that David himself had done for me. Before his arrest, he drove 31 hours from Redmond, WA to my home in Saint Louis, Missouri so he could stay with me during COVID and protect me from a potentially life-threatening infection. I also suffer in the knowledge that David has ruined his own life. A life that he worked so very hard to achieve.

For me, the future looks dim. I am 75 years old and as I have written, not in good health. I intend to do everything in my power to live long enough to share my last years with my son. David always told me that I could come and live with him when I needed care and that he would always be there for me. Now I fear that may not be possible.

Thank you for your time and consideration of my letter.

Sincerely,

Janet Nelson