**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:21 CR 463 RWS |
| | ) | |
| DAVID LEE NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**STATEMENT OF THE GOVERNMENT REGARDING PRESENTENCE REPORT**</u>

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said district, and pursuant to Paragraph 7 of the Administrative Order of this Court (July 12, 1988), states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 */s/ Matthew T. Drake*
MATTHEW T. DRAKE, #46499MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South 10th Street, 20th Floor
St. Louis, Missouri   63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the counsel of record.

SAYLER A. FLEMING
United States Attorney

*/s/ Matthew T. Drake*
MATTHEW T. DRAKE, #46499MO
Assistant United States Attorney