The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Dear Judge Sippel,

I am Bradley Nelson and my wife is Paula Nelson.  We are writing in support of David Nelson, who is my brother's son and our nephew.  I am an engineer and my wife is a dietician.  We have two daughters.

Since David is our nephew, we have known him since his birth.  We have lived in Knoxville, Tennessee for 48 years, but we saw David at every Thanksgiving, Christmas, spring break and during each summer until my mother passed away in 2001.  His father, my brother, passed away in 1995 after a long illness suspected of being caused by exposure to Agent Orange.  David was very close to his father and he was devastated by his father's death.

We know David as a very gentle, very intelligent, very well-spoken young man who did fabulously well in school, including a perfect grade average at MIT.  He was in the news one year, while a student at MIT, when he and some friends held a Time Traveler convention.  He was an eagle scout, as am I and as is David's brother.  David used his vacation time to volunteer every summer with his mother for a week at the Boy Scout camp in Missouri.

David was very successful in business, including his part in a startup company that was eventually acquired by Microsoft.  The last time we saw him was at his brother's wedding, where he was best man and gave a very eloquent and heartfelt speech.

When David's mother told us the news that David had been arrested, we were shocked and could not believe that he would do anything like what he was accused of doing.  We are still in denial, though David has confirmed the truth of the allegations.  We remember him as a baby, a toddler, a young boy, a young man, and a very successful adult.

We realize that the crimes David committed are serious. We also understand that the victims of such crimes are hurt. We do not and cannot diminish their pain.

Still, David's life has been shattered, his mother's life has been shattered, his brother's life has been irreparably harmed, and we and the rest of his relatives and friends have been filled with worry and grief.  If there is room for mercy, we ask and pray that you show some small measure of it.

Sincerely,

Bradley Nelson

Paula Nelson