The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Dear Judge Sippel,

My name is Tim Davis and I was an Assistant Scoutmaster and Scoutmaster for troop 661.  I am a degreed Mechanical Engineer, have an MBA and have been semi-retired for about a year.  Currently I work part time for a friend who owns a local construction company.  I am married and have two grown boys who are Eagle Scouts from Troop 661 and were mentored by Janet and David Nelson.

My family met the Nelson family thru Scouting when my oldest son was about to crossover into Troop 661.  This occurred when he was in 5th grade or about 11 years old.  We had heard many great things about the Nelson family while in Cub Scouts before we crossed over and where very excited to move into Boy Scouts with them.  My oldest son and I went to summer camp with Janet and David the summer after my son crossover.  I think he was 11 or 12 years old then.  My oldest son is 24 years old now, so I think we have known the Nelson's for about 12 years.

My family was shocked and saddened when we heard of the charges against David Nelson.  We are still shocked and sadden today.  It seemed to me that Scouting was Janet and David's life.  Janet is and was retired and she volunteered with Scouts whenever she could, unless she was seeing one of her boys.  David lived out of town and came home to St. Louis for his vacations.  I think he and Janet spent most of their summers and his vacations at S-F Scout Ranch.  This event has obviously changed the Nelson's life.

In the years that I attended summer camp with my oldest and youngest sons, I never head David Nelson cuss or say anything disrespectful about anyone or anything.  I cannot ever remember David raising his voice.  He always corrected the boys with a firm reasoning voice.  The boys listened to him, and I really think they respected him.  He was much closer in age to the boys than us parents.  I think I went to summer camp for 5 or 6 years with our troop which included Janet and David Nelson.  David was always very professional and a role model to my boys and other boys in my troop.  He and his mother are very knowledgeable about Scouting, and I always went to them for guidance.  Some of my best memories in Scouting were with David.  One time he took us on a night hike to castle rock and he used his laser to teach us all about the stars and constellations.  While we hiked, he taught us how our eyes would adjust to the dark and give us a sort of night vision.  My boys and I talk about this to this day.  David knew S-F very well and would lead us on what was called an out-and-about where our troop would load our camping gear into canoes and paddle to a remote camp site for the night where we would set up camp, fish, build a fire, hike and sleep in hammocks hung from the trees in the woods.

David was always a leader, instructor and mentor to our boys and us adults too.

Regards,
Tim Davis