The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Your Honor,

My name is Gail Bowman.  I met David Nelson when he was two months old.  His mother, Janet, and I worked as teachers in the same district for 30 years.  Living only a mile away from the Nelsons, I watched David Nelson grow up.  What a wonderful little person he was right from the beginning.  David had many talents.  Not only was he very bright, but he was kind.  If you needed help, David would help you.  He lived his life with purpose and achieved many of his dreams.  Few young men have accomplished what David has accomplished.  Not only did he accomplish his own dreams, but he gave back to the community in so many ways.  You know, the type of jobs or help no one else wanted to do, David would do it.

Please know that, though David has done a terrible wrong, he is a wonderful person who has lived an otherwise exemplary life.  The court only sees one small snapshot of the person before it.  I have watched David's whole life.  I ask the court for mercy, despite his offense and the damage it has caused to so many.

Thank you,

Gail Bowman