The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Dear Judge Sippel,


My name is Nick Davis. I am a union electrician in St. Louis and just recently married. I met the Nelsons when I crossed over into Troop 661 from the pack in around 2010. Mrs. Nelson was the sweetest and kindest lady and her son David was such an amazing mentor all us boys looked up to while we were in scouts. When I first heard the news, I about fell over. I immediately called my friend Brett whom I was best friends with during scouting. We could not believe the news. He and I were the older boys of the group compared to the rest so we would spent a lot of time out by ourselves at camp because we were trusted. David would join us on the majority of our adventures and he was always teaching us interesting facts about nature as we adventured in the woods. Not one time did he say anything strange, touch us inappropriately, or even make us feel uncomfortable in any way whatsoever. So like I said, after seeing the news I was in disbelief. What an extraordinary individual with such an amazing impact on scouting to have committed such a life-ruining crime. Any other individual could not match the time and knowledge that David donated to scouting. Not only will this sentence prevent him from ever being a part of scouting, but it will also prevent others from sharing the same memories I did with a great role model and mentor in my scouting career. I obtained my highest honor of Eagle Scout with Troop 661 and traditionally you are allowed to give what is called a mentor pin to one individual who greatly impacted your scouting career. I gave each Mrs. Nelson and David a mentor pin for the impact they had on me in my scouting career. David is a great man and I do not know where I would be in my life without him. I understand how serious his crime is. David understands it too. But please take in to account all the good he has done in his life as well.

Sincerely,

Nick Davis