The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Dear Judge Sippel,

My name is Terry Keith Madden. I am a retired Teamster Business Agent. I was a police officer before I took my position with the Teamsters. I have been married for 51 years. I point this out so you understand that I have many years of experience with many different people.

I met David Nelson in the early 1990's through the Boy Scout program. I have held almost every position available in the program. This would go from working with youth to working with adults.

I was actually at summer camp at S-F when this situation with David arose. I was one campsite over. I could hardly believe what I was told. I worked with David and his family quite often on Scouting events. He was always a mature and honest person that took his positions very seriously. I could always count on him to complete his responsibilities professionally. Whenever a unit needed help, David was there to give whatever help he could.

I knew the Nelson family right after David's mother lost her husband. I have never seen a family that tightened together with love as I did the Nelsons. I cannot tell you how important David is to his mother. I am a father and grandfather and I can only imagine what terrible days and nights Janet is going through. I call Janet now and I can tell she is not the same person she was before David committed this terrible offense.

I do not condone David's actions. He has caused much pain to others. David knows this as well, and he has deep and real sorrow for the harm he has caused. I know he will work to right his wrongs for the remainder of his life.

That said, please take into account the whole of David's life and his years of good works when you sentence him. Everyone deserves a second chance, David included.

Sincerely,

Terry K. Madden