The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Dear Judge Sippel,

My name is Brett Schoenberger. I serve in the Marine Corps, own two small businesses, attend flight school, and work as a dispatcher. I first met David Nelson around 2011, as I was crossing over from Cub Scouts to Boy Scouts. I was introduced to him through Boy Scouts and attended many scouting events with him. Upon first hearing of the case, I did not believe it and thought something had to be wrong. Over the years and many camps spent with David, this type of conduct seemed unimaginable from him. Offenses such as these are extremely serious. They leave families and individuals scarred for life. David understands this and has repeatedly shown regret and remorse for his offense.

David is a caring and intelligent. He has a wide knowledge base and makes his greatest effort to educate every person around him. He has a great method of instruction and takes pride in seeing others excel. David has always gone to great lengths to provide a safe and positive experience for everyone around. He would take many scouts or even the troop on evening trips to showcase the natural scenery around camps. David's mother, Janet, will face a difficult life ahead without her son David to help as he does. And his sentence will strip David of an amazing future and much more. Please take into consideration all the positive works David has done for so many years for so many people when you sentence him. Despite his crime, he is a very special human being.

Sincerely,

Brent Schoenberger