The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Dear Judge Sippel,

I retired from the St Louis Zoo where I worked as an animal keeper for over 30 years.

I joined Cub Scouts when I turned 8 years old and have been registered with the Boy Scouts ever since.  I have just finished 60 years of continuous registration.

David was an older youth when I met him.  He was serving as a youth staff member for the Junior Leader Training Camp (JLTC) that was run by the St Louis Area Council (now Greater St Louis Area Council).

I was serving as an adult leader at the JLTC course.  This was sometime in the 1990's.  David proved early on to be a great asset to the program.  His knowledge of the skills and ability to teach those skills to the young scouts taking the training were very beneficial to the course.  As David reached adult age, he transitioned to being an adult leader in the program.  In 2005 the National Council of the Boy Scouts changed the course from JLTC to NYLT (National Youth Leadership Training).  David continued staffing the new course.  As a staff member he was an active participant in the program, lending ideas to improve the program and helping others learn the ins and outs of staffing.  David was one of the people I always felt comfortable discussing ideas with to improve the program.  David would go out of his way to help anyone who needed it.

I was staffing one of the NYLT courses when I received the word of David's arrest.  Like everyone else around me, I was in shock and disbelief.  It was so out of character from the David Nelson any of us knew.  In all the years that I knew David I had never seen him do anything that would have led me to believe he would do such a thing.  I still have trouble comprehending how David could have done what he is accused of.

I understand the seriousness of David's crime.  The safety of the youth in the Scouting program is a top priority.  All adults in the Scouting program have to go through a youth protection training course. David failed to protect the youth in his charge. He hurt them instead.  Such events not only scar the youth involved but leave a black mark on the Scouting program.  I know David had a great love of the Scouting program, which has made it even harder for me to understand how he could have done such a thing.

David has spent a lot of time and money giving back to the Scouting program.  He was always looking for ways he could help the program.  This included computer programing skills, acquiring necessary equipment, or providing advice when helpful.  His contributions to the program are missed.  I miss talking to David more regularly and have lost a friend and a resource to discuss ideas with.

Sincerely,


Michael K. LaTurno