The Honorable Rodney W. Sippel
United States District Court Judge
111 S. Tenth St.
St. Louis, MO  63102

Your Honor,

My name is Chris Davis. I was a Boy Scout and became an Eagle Scout along with my older brother when David was with our troop 661.

When I heard about David's offense, I was completely caught off guard. There wasn't a bone in my body that would've believed David could have done something so shocking. I have known David and his mother since 3rd grade. I still have vivid, positive memories of the time early on in our relationship with the Nelsons. Throughout the entirety of my Boy Scouts journey with David, there wasn't a single occasion, or even speculation that arose, indicating anything untoward. David was always a well-mannered and polite man, who wanted the best for me and my fellow scouts. I remember many times when I alone or with other boys were with David. There was NEVER anything weird that he said or did that would warrant note or caution. David taught me more things than I could imagine on my scout journey. He really was someone that I looked up to as a role model to follow.

Though unimaginable to me, David has clearly harmed others through his actions. I know he regrets his crime, will not repeat it, and will work tirelessly to understand how it came to pass. He will work equally hard to find every possible way to rectify his wrong. I will help him on that journey in any way I can.

As for me, I am fortunate for all that David has done for me. My family and I continue to think of him as a leader who is well-spoken and generous.

Thank you,

Chris Davis