UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
vs.                                      )    Case No. 4:21-cr-463
                                         )
___David Lee Nelson___,                  )
                                         )
            Defendant.                   )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above-named defendant and, pursuant to Local Rule 12.07,

notifies the Court as follows:

☐          A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☐          Defense counsel has explained to defendant his/her right to appeal, defendant has not
           requested that counsel file a Notice of Appeal, and defendant declines to sign this
           notice.

☒          Defense counsel has explained to defendant his/her right to appeal, defendant does not
           wish to file a Notice of Appeal, and defendant has signed below to so indicate.

**(Note:  Defense counsel must check the appropriate box that applies above.)**

___5-2-24___                    _____
Date                            Signature of Attorney

___5-2-24___                    _____
Date                            Signature of Defendant