UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:21CR00463 RWS |
| | ) | |
| DAVID LEE NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

**SECOND MOTION OF THE UNITED STATES
FOR PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and moves this Court to issue a Preliminary Order of Forfeiture in the above-captioned case. In support thereof, the United States sets forth the following:

1. On January 25, 2024, Defendant David Lee Nelson pled guilty to the offenses of Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(e), and the lesser included offense of Attempted Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a), and also agreed, in writing in the Guilty Plea Agreement, to the forfeiture of all property under the applicable statutes, which includes any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation

1

of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2.    On May 1, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 2253, ordering the forfeiture of the following specific property:

      a.  A Samsung Cellular Phone, Model: SM-G900A, IMEI 354691060677471;
      b.  Black HP Tablet;
      c.  Apple iPad Pro, DMPRW3WGH1M9;
      d.  Flashy Voyager thumb drive
      e.  Microsoft thumb drive;
      f.  Toshiba external hard drive, SN: 5317PKZDTTV2;
      g.  Western Digital external hard drive, SN: WXN309NE1270;
      h.  Dell XPS Laptop;
      i.  DVDs;
      j.  Hitachi hard drive, SN: K6HNYUKH;
      k.  Western Digital 800 hard drive SN: WCAHL2580886;
      l.  Red Xenox USB;
      m.  Red in color USB device;
      n.  Dell Precision laptop, SN: 7L5VD12;
      o.  Surface Laptop, SN: 027835374454;
      p.  Cavalry hard drive, SN: YAHMVAZV;
      q.  Seagate hard drive, SN: NA8FW629;
      r.  Seagate hard drive, SN: Q131212017T;
      s.  Black Comkia hard drive; and
      t.  Three XEROX thumb drives.

3.    The parties disagreed as to the forfeiture of certain items at the time of plea, however subsequent to the sentencing hearing, Defendant, by and through his attorney, has consented to the forfeiture of the following (hereafter, the "Subject Property"):

      a.  Quantum Big Foot hard drive, SN: 831626414325K;
      b.  Flash Voyager USB;

      c.   2 TB SSD; and

      d.   USB device labeled "Thinkware-Dashcam."

4.      The proffer of evidence supporting the guilty plea is sufficient evidence to support forfeiture of the Subject Property.

5.      Based upon Defendant's Guilty Plea Agreement and evidence presented at Defendant's sentencing, the United States has established the required nexus between the Subject Property and the offense to which Defendant has pled guilty.  Accordingly, the Subject Property is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 2253.

6.      Pursuant to Rule 32.2(b)(6) and Title 21, United States Code, Section 853(n), upon the issuance of a Preliminary Order of Forfeiture, the United States shall publish notice of the Order and send direct notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Rule 32.2(c) and Title 21, United States Code, Section 853(n), in which the Subject Property will be ordered forfeited to the United States to be disposed of according to law.

8.      Pursuant to Rule 32.2(b)(4)(A) and Defendant's Guilty Plea Agreement, the Preliminary Order of Forfeiture becomes final as to Defendant upon entry.  The Order remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c).

9.      Rule 32.2(b)(4)(B) states that the Court must ensure that the defendant knows of the forfeiture at sentencing.

10.     Rule 32.2(b)(4)(B) further states that the Court must also include the forfeiture order, directly or by reference, in the judgment.  However, if the forfeiture is not included, the Rule authorizes the Court to correct the judgment at any time under Rule 36.

11.     The forfeiture was not included in the judgment in this case.

12.     Rule 36 states that after giving any notice it considers appropriate, the Court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission.

WHEREFORE, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the United States respectfully requests that this Court determine that the Subject Property is subject to forfeiture, and moves the Court to enter a Second Preliminary Order of Forfeiture forfeiting the above-described property, including the Subject Property, and amend the judgment to include the forfeiture.  Pursuant to Rule 32.2(b)(3), the United States also requests authority to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.  The United States submits herewith its proposed Preliminary Order of Forfeiture.

Dated: July 10, 2024

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/  Kyle T. Bateman*
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:     (314) 539-2200
*Kyle.Bateman@usdoj.gov*